UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-23835-KMW

MARCUS O. TAITE,

    Plaintiff,

vs.

GOVERNOR OF ALABAMA, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (the "Report") regarding Plaintiff's complaint filed pursuant to 42 U.S.C. § 1983. (DE 4). Plaintiff filed objections to the Report. (DE 5). Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 4) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED WITHOUT PREJUDICE**.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 21st day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:
Marcus O. Taite
00180664
Bibb Correctional Facility
Inmate Mail/Parcels
565 Bibb Lane
Brent, AL 35034